GEORGE H. MILLER, TRADING AS, ETC., APPELLANT, v. WINSTON PAUL ET AL., RESPONDENTS.

Submitted May 26, 1944—Decided September 14, 1944.

For the appellant, *Samuel Rosenblatt* and *Joseph J. Corn.*

For the respondents, *Brunetto & Welsh.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.